Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendant
José Rodríguez

JS-6

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carrie Hutchinson, an individual, <br><br> Plaintiff, <br><br> v. <br><br> José I. Rodríguez, et al. <br><br> Defendants. | **CASE NO. 2:22-cv-03717-SK** <br><br> **ORDER re: Dismissal of Entire Case with Prejudice** |

TO THE HONORABLE COURT, THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

In accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by the parties, through their respective counsel of record, that the entire case is dismissed with prejudice.

Each party shall bear his/her/its own costs and fees.

SO STIPULATED.

Dated: 11/23/2022    /s/ James P. Griffith

James P. Griffith
HOWELL MOORE & GOUGH LLP
Attorney for Plaintiff
Carrie C. Hutchinson

Dated: 11/23/2022    /s/ Jen-Feng Lee

Jen-Feng Lee
LT Pacific Law Group LLP
Attorneys for Defendant
Jose I. Rodriguez

Dated: 11/23/2022    /s/ Jonathan S. Pink

Jonathan S. Pink, Esq.
Lewis Brisbois
Attorney for Defendant
Kendall/Hunt Publishing Company

Upon parties' representation of settlement and the stipulation of dismissal, the entire case is dismissed with prejudice.

The Court shall retain jurisdiction for purpose of enforcing the settlement agreement reached by the parties.

**IT SO ORDERED.**

Dated: December 1, 2022            By: _____

                                    HON. STEVE KIM
                                    U.S. MAGISTRATE JUDGE